Case 1:25-mj-00022-MJS   Document 1-1   Filed

Case: 1:25-mj-00022
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 1/30/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 27, 2025, at approximately 0715 hours, at the intersection of New York Avenue and Bladensburg Road NE, Washington, D.C., MPD Officer Amanda Vamos was operating a marked Metropolitan Police car. Officer Vamos was travelling east on New York Avenue NE and turned left to go north on Bladensburg Road NE.

As Officer Vamos entered the intersection on a green light, she observed a person, later identified as Derrick Mitchell **HOWARD**, driving a blue 2024 Taizhou Zhilong motorcycle that had no tags. The motorcycle was equipped with a 150cc gasoline powered engine that requires it to be registered and tagged and requires that the operator be licensed to drive.

At that time, **HOWARD,** while driving the motorcycle, had entered the intersection on a facing red light and collided with the Officer Vamos' police vehicle. Officer Vamos radioed over the 5D zone, for assistance and that she was involved with a traffic accident.

Detective Kirk Del Po, who was in full uniform and operating a marked scout car, responded to the scene and learned from Officer Vamos that **HOWARD** was driving the motorcycle that had crashed into Officer Vamos' police vehicle. In addition, Det. Del Po observed that the motorcycle had no tags, and that **HOWARD** did not have a motorcycle helmet at the time of the crash.

Further, Det. Del Po asked **HOWARD** for his driver's license and if the motorcycle was his. Det. Del Po explained that the motorcycle was supposed to be registered. **HOWARD** stated that he just bought the motorcycle from his mother and provided Det. Del Po his D.C. identification card. Del Po ran a WALES check of **HOWARD**'s personal information and the vehicle VIN Number. The WALES check showed that **HOWARD** was not licensed to drive motorcycle and that the motorcycle was not registered.

At that time, Det. Del Po placed **HOWARD** under arrest for no permit and stated to **HOWARD** that he would be issued tickets for his traffic violations.

During a search incident to the arrest of **HOWARD**, inside a satchel bag that was around **HOWARD's** neck, officers recovered a Rohm .38 special caliber revolver Model 38S serial number FF364528. This revolver was found to be loaded with 5- live rounds of .38 special ammunition.

A review of **HOWARD's** criminal history revealed that **HOWARD** was previously convicted of: Attempted Assault With a Dangerous Weapon (Imitation Firearm) – and sentenced to 24 months of incarceration and 3 years of supervised release in D.C. Superior Court case number 2021 CF3 002644; Unauthorized Use of a Vehicle and sentenced to 12 months of incarceration and 3 years of supervised release in D.C. Superior Court case number 2019 CF2 012258; and Unauthorized Use of a Vehicle and Offenses Committed During Release and sentenced to 12 months of incarceration and 3 years of supervised release in D.C. Superior Court case number 2017 CF2 016842. Therefore, at the time **HOWARD** possessed the firearm and ammunition, he

had been convicted of crimes punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

There are no firearms or ammunition distributors in the District of Columbia, therefore, the firearm and ammunition must have travelled in interstate commerce.

As such, your affiant submits that probable cause exists to charge Derrick Mitchell **HOWARD** with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

_____
Danielle Gajewski, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 30th day of January 2025.

_____
Matthew J. Sharbaugh
U.S. Magistrate Judge